FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**COMPLAINT**

CARTER  98984 /state  415994 county
(Last Name)   (Identification Number)

ROGER   DALE
(First Name)   (Middle Name)

Harrison County A.D.C
(Institution)

10451 Larkin Smith dr. G.P. MS. 39503-01
(Address)

*(Enter above the full name of the plaintiff, prisoner, and address plaintiff in this action)*

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 19 2018
ARTHUR JOHNSTON
BY _____ DEPUTY

V.

Harrison County Sheriff dept.;
officer Capt. CRAIG
Necaise shift Supervisor;
offier Webb officer Vitchee

*(Enter above the full name of the defendant or defendants in this action)*

CIVIL ACTION NUMBER: 3:18-cv-803-CWR-LRA
(to be completed by the Court)

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING:**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any other lawsuits in a court of the United States?   Yes ( ✓ ) No (  )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

1. Parties to the action: Walnut Grove State Run Penitentiary Correction Facitily

2. Court (if federal court, name the district; if state court, name the county): U.S. District Court 2012 15th st, Suite 403, Gulfport, MS 39501 Harrison County

3. Docket Number: 3:18-CV-00772-CWR-LRA

4. Name of judge to whom case was assigned: Carlton W. Reeves / Linda R. Anderson

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?): Still Pending

1

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: Roger D. Carter  Prisoner Number: #95984
Address: 10451 Larkin Smith dr. Gulfport, MS, 39501-13

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: Walnut Grove State Run Penitentry Corrections Facility is employed as _____ at Walnut Grove, MS

The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Roger D. Carter   ADDRESS: Harrison County A.D.C. 10451 Larkin Smith dr.

DEFENDANT(S):

NAME: Walnut Grove Correction Facility Pen.   ADDRESS: N/A Mississippi, Walnut Grove, MS

2

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

   Yes ( )   No (X)

B. Are you presently incarcerated for a parole or probation violation?

   Yes ( )   No (X)

C. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes ( )   No (X)

D. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes ( )   No (X)

E. Have you completed the Administrative Remedy Program regarding the claims presented in this complaint?

   Yes ( )   No (X), if so, state the results of the procedure: _____

F. If you are not an inmate of the Mississippi Department of Corrections, answer the following questions:

   1. Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?

      Yes (X)   No ( )

   2. State how your claims were presented (written request, verbal request, request for forms): _Request for Forms_

   3. State the date your claims were presented: _N/A Nov. 2009_

   4. State the result of the procedure: _N/A_

3

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.) Harrison County Sheriff dept. And Shift Supervisor Capt. Craig Necaise Personal truck Got Broken in too Came to my trailer accuse me of that crime, with officer Webb, Vichee treaten to lock me up, on several accounts follow me to Roberts Hall Salage yard; told the Owen anson that I Broke into his Personal vechical truck at his Home and stole 3 weapons: Pistol's later arrested me on old fines; officer webb also arrested me on Possession w/inten after a traffic stop with what he found a bag in a ditch of Aknown drg dealers driveway. Webb is now not allowd to patrol that area anymore For HArrasment Capt. Necaise use the Sheriff dept. for personal Vandetta AND I have several witnesses to back this claims up: buffeted ANXIETY: depression, Polarizing

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes. emotional an Phyical distression ANXIETY, Slander my "Railer" brain Chemicals (neurotransmitters), worry, physical illness, Ruminate: name to public. lost wages, : lost of freedom lost of everything! Sheriff dept. were my railer to Public payment for everday in Jail! Being defamed, we intreat: we are made as the filth of the county, and are the offscourings of all things unto this day! ANXIETY: depression POLARizing, Filtering, Personalizing

Signed this 07 day of Nov., 2018.

Roger Carter #95984 #415994
Harrison County Sheriff dept. ADC
10451 Larkin Sm. Fl. dr. G.P. 39503-01
Signature of plaintiff, prisoner number and address of plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

11-07-2018
(Date)

Roger D. Carter
Signature of plaintiff

4

# Relief

Business owners and Pillars of my Community; We testified that Every thing in this Relief to be true, and notery of the County; That the (Railer)(Slanderer) of my name Robsie is Carter to Public. That (buffeted) that took Place as a result and (Cofound) of Pain & Suffering; Rumination an worry of Anxiety and Felony's Charges brought against me. After they Surpose have arrested the portraders for that crime. That Capt. Craig Necaise and Peers did unlawfully Slander(Railer) My name in Public and to Pillors of my Community on more than one occasion. and Missusing the Sheriff dept. Equipment and personel for his personel use; To Fund Weapons taken from his Track at his home.

# STATEMENT OF CLAIM

Capt. Necaise use Harrison County Sheriff dept. Equipment, Crusers, and investacation tool, and tackets for his personal buffeted use confound: Capt. Necaise use his office on duty under his shift for personal use in the investgation of his personal property and Truck Burgley Sheriff dept. information to have my name Slander (defamed) and arrested for unrelated personal Business. He Slander (Railer) my name to A Harrison County Bussiness owner Robert Hall's Salvage yard, owner Robert Hall and Son Greg Hall and I have other witnesses Wesley Carter, Lois Carter, Janet Allen Kasey Beard, Lisa Beard, Jimmy Rolison, Patrick Rolison, Becky Cole, Eric Waaga, Jesse Waaga, Mark Butler, Jerry Allen, Scotty Beard, Jamie Dennis, Sophies Woodcock, Tommy Cunnam. When the Sheriff arrst 4 teenages for that crime 3 months later 2 to 4 months later, after I lost EVERYthing my Job, my Car, my trailer, 2000 nissen max. se, was later arrested on or by Capt. Necaise Shift deputy Webb, for possession w/intent, he states or he treaten me about the Capt. Necaise truck Burglary than found I.C.E in the ditch and charge me with it. which officer Webb is know longer allowed to protrol that Area Because of Harrasments, and all under Capt. Necaise shift They also used Harrison County Sheriff dept. Equipment for Capt. Necaise personal vendetta or truck Burglary or investagation, and misconduct of the countys Aoathority that he was place in. →

most of the witnesses I know where treaten are arrested in Capt. Craig Necaise Auto Burgley. He Abuse his Authority And postition At Harrison County Sheriff dept. For his personal use, AFTER slandering my name to the Public and Commity he Following me around to Buisnesses in the county And to Robert Hall's Salvage yard. the owner came to me personly And said he do wan't me to shop At his buisness, because Capt. Craig Necaise And peers approached him with Truck Burgley story and defamed my name. After being treaten, Arrested, Taken to Jail beat up (Buffeted) disstression, Anxiety, Emotional/Physical, Illness, psychological Treatenal, loss, Brain Chemicals, (Neurotransmitters) stress, worryed An Ruminate Rumination, Anxious Depressed. from officer webb and officer Venchie under Capt. Craig Necaise watch of the Harrison County Sheriff dept. under his watch profromed misused County's Equipment and Training Jacket and Treats and entimadation. I aim To Prove my Claims To Be True before your assigned Honorables Court Judge and Public & God.

STATE OF MISSISSIPPI
COUNTY OF HARRISON

    PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for said jurisdiction, the within named Defendant, who, after first being by me duly sworn, stated on oath that the statements set forth in the above and foregoing are true and correct as therein stated.

    SWORN TO AND SUBSCRIBED BEFORE ME on this the __7__ day of __November__, 20_18_.

_____
NOTARY PUBLIC

My Commission Expires:

_10/October 10, 2021_